IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02559-BNB

TYE J. SMITH,

    Applicant,

v.

HOYT BRILL, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 1 2010

GREGORY C. LANGHAM
CLERK

## ORDER TO SUPPLEMENT PRE-ANSWER RESPONSE

Applicant, Tye J. Smith, is a prisoner in the custody of the Colorado Department of Corrections and is currently incarcerated at the Kit Carson Correctional Center in Burlington, Colorado. Mr. Smith initiated this action by filing a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 on October 23, 2009.

As part of the preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 in this case, the Court determined that a limited pre-answer response was appropriate. Therefore, on November 3, 2009, Respondents were directed, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and pursuant to *Denson v. Abbott*, 554 F. Supp. 2d 1206 (D. Colo. 2008), to file a pre-answer response limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies under 28 U.S.C. § 2254(b)(1)(A). On November 23, 2009, Respondents submitted their pre-answer response. After receiving an extension of time, Applicant

submitted a reply to the pre-answer response on January 5, 2010.

The Court has reviewed the Pre-Answer Response and has determined that a supplement is required. Although Respondents were directed to submit with the Pre-Answer Response any relevant state court documents to support the defenses of timeliness and failure to exhaust, Respondents have failed to submit as exhibits all relevant portions of the state court record. In particular, Respondents allege that the Application is time-barred pursuant to 28 U.S.C. § 2244(d)(1), because Applicant did not file any postconviction motions between 2001 and 2006. However, Respondents have not attached the State Court Register of Action for Mesa County District Court Case No. 00-CR-1023. Without documentation to support Respondents' argument, the Court is unable to determine definitively whether the Application is timely.

Therefore, Respondents will be directed to file a supplement to the Pre-Answer Response and to provide the requested documentation as discussed in this order. Accordingly, it is

ORDERED that **on or before January 15, 2010** Respondents shall file a supplement to the pre-answer response that complies with this order.

DATED January 11, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02559-BNB

Tye J. Smith
Prisoner No. 110667
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

Roger G. Billotte
Assistant Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/11/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk